**Exhibit A to the Complaint**

**Location:** Staten Island, NY  
**Total Works Infringed:** 31

**IP Address:** 173.56.14.10  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EDCA73DA653567145EBD023DB35F3058793AE269<br>File Hash:<br>FFD0D46A27EE73670A6D70D26C2FC3E90D8E2C3FCB47FE17E200FA885B7F6E9B | 06/25/2024 21:32:14 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 2 | Info Hash: 8BE4AE0732B2B18BBE69656DEAB66F56AD5BDD0F<br>File Hash:<br>811A216F40D810320A07E5645522040A66C5F29054A1FAFEE3765A8AEE007C96 | 05/29/2024 12:30:12 | Slayed | 04/30/2024 | 06/20/2024 | PA0002477025 |
| 3 | Info Hash: DAFBA783D98BF5E600DF38B2A94C2757AFAF5402<br>File Hash:<br>8E833AE5B54C7592D08602E13677835B96E57548188BDAA1085532AABE149D12 | 05/29/2024 12:28:44 | Slayed | 05/14/2024 | 06/20/2024 | PA0002477020 |
| 4 | Info Hash: 0262F1DAC8BB7C0C5BB07F178EFE21CA3720E79A<br>File Hash:<br>3ECE84CAE65831B466FF0D38AFE5EAB021C1DF3F59A76D2AA2C8A33250B385DB | 04/06/2024 17:08:38 | Slayed | 04/02/2024 | 06/25/2024 | PA0002477542 |
| 5 | Info Hash: F680962D4FE59D9449E06001AF0DB935F3E4FEAC<br>File Hash:<br>3F78846A30D5F2429CA57F9B3968B7440FE9B49C7891FB85B95319E8B573BBC4 | 03/28/2024 23:21:54 | Slayed | 03/19/2024 | 06/25/2024 | PA0002477540 |
| 6 | Info Hash: 8BC73F10C829A43ECE8A2258C56AC8761C76CBF8<br>File Hash:<br>CDC6E93C8F16BFBDA7AF0E3D8E1C42D313C3853917216955A576D1A4764598F7 | 03/23/2024 13:43:16 | Slayed | 03/05/2024 | 06/25/2024 | PA0002477541 |
| 7 | Info Hash: F2055BD564D30890219076135D24103A83870B1E<br>File Hash:<br>1DBEEF00586E8D3F510ED3D2E8808EEB68FA2B40FE59EF54078F4101735D17BC | 02/25/2024 16:54:58 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 8 | Info Hash: A8549666752C12C2E949F443250EB45A309F0F16<br>File Hash:<br>94F0F99E94FAA2972A0E5777E1D479EF162FCFEF8D64A313BB34FBDE60223257 | 02/08/2024 15:03:24 | Slayed | 02/06/2024 | 03/28/2024 | PA0002462508 |
| 9 | Info Hash: D1CC4538404F3AD59E1380F239CB25291D73D0AD<br>File Hash:<br>417BE927670CCA58D470B57C4EF5FBEABCB6AFB3CEA701720A713D14649E3907 | 10/19/2023 22:02:10 | Slayed | 10/17/2023 | 12/07/2023 | PA0002446648 |
| 10 | Info Hash: BD8439FF7AFF797453543E8871B133084EE2A0CB<br>File Hash:<br>93AF468227DDD04786F1D0993789BE94E0DAE82A9D491CB1E02567AB7AA1FC0F | 08/09/2023 09:28:24 | Slayed | 06/14/2022 | 07/21/2022 | PA0002367489 |
| 11 | Info Hash: 37C6BD48B05B988CC703CF01DBA11685B8884D20<br>File Hash:<br>DFEADDA2E8081E8EA46C8CC08E4079B9255F73933DA04310F9E31CFF7C110299 | 08/09/2023 09:28:24 | Slayed | 05/10/2022 | 06/09/2022 | PA0002361671 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 11F8B072148252FDA44F7AAE4EC8FE569AA9D321<br>File Hash: 090C1A0BF9D4529ABC6872A83AB5BF9B0407D18C057CA500454C1DE6675C16F3 | 08/09/2023 09:28:23 | Slayed | 08/02/2022 | 08/10/2022 | PA0002370902 |
| 13 | Info Hash: 09584B27BC801A84933D6C174A8340C967D5B202<br>File Hash: D55E10D29344C607501B6FCD6B41CE23BAE56B21BB6FDAF1D017F2AE283CD12C | 07/12/2023 03:09:31 | Slayed | 10/07/2021 | 11/01/2021 | PA0002326408 |
| 14 | Info Hash: 84B1625C87C995DDD24C244DFC97F793B184487B<br>File Hash: 205617D838BCD312793A2474F8DFE41FE7667A4A6E709FDFCAFA467EBC880E7D | 07/02/2023 15:15:39 | Slayed | 09/16/2021 | 09/30/2021 | PA0002320422 |
| 15 | Info Hash: 82515309E03F9CF00E03CB0D55E5BD61454775E0<br>File Hash: 11F489456F3FAEFDCC10EC8508FEFEEF10908EAC897D65E85DAE1079241043A9 | 07/02/2023 15:15:39 | Slayed | 05/24/2022 | 06/09/2022 | PA0002361291 |
| 16 | Info Hash: 00DB0CFA8E86E4F035636C205D4E9BD887CDF620<br>File Hash: 88BADA9BF9191C0022D29C184330594B1B221C49F84BAAFF1DAD0F156DC7C5FF | 06/24/2023 17:47:29 | Slayed | 03/01/2022 | 03/04/2022 | PA0002345786 |
| 17 | Info Hash: 1FAEEDD62280AC4D0BA60841DE45A605AD4A3E23<br>File Hash: A8953C8C27A43B6EFE05B4CE155E7BBB1C4173F4C33C67D62E34B724E8F3D573 | 06/16/2023 18:04:14 | Slayed | 08/09/2022 | 10/05/2022 | PA0002378461 |
| 18 | Info Hash: 838AB4AAD9B898F7D30E646368E725029FCCF0F9<br>File Hash: F786AD31876415C4BA7647DE9003603D0A6586092E5674BA820AECAA1F9D56ED | 06/15/2023 20:49:11 | Slayed | 11/18/2021 | 12/03/2021 | PA0002333376 |
| 19 | Info Hash: E41E0D890132F173A67AD0F2F7D55B2074E15AF9<br>File Hash: CFC7C2E6FBA6C791655B24AAA7511666364E4C1486ED7F739941C49736F01E5D | 06/14/2023 17:53:42 | Slayed | 06/28/2022 | 07/21/2022 | PA0002367493 |
| 20 | Info Hash: B15051F9CDC74E76A24C51BFDC9EB1EE841347DF<br>File Hash: 7B5A04818DDAB838D183A64C44F4A458D8059FF3C00FF77CABAABCCBC96F4219 | 06/14/2023 17:53:38 | Slayed | 10/14/2021 | 11/01/2021 | PA0002326407 |
| 21 | Info Hash: B1327A0DB46E697454C66909DFEB04EC67759FF3<br>File Hash: FF06211635F8B6CE714CA71B36286F19574AA087167EC37B547BD39859192D0F | 06/14/2023 17:53:38 | Slayed | 12/28/2021 | 02/03/2022 | PA0002341801 |
| 22 | Info Hash: 837D3D441E52C07FAFF059547F437E2619BAEFEC<br>File Hash: D9A8D5CCF521B3D2D183DECEF9FE12C54291870FF0A77C8D7C0975738ECA791E | 06/14/2023 17:53:38 | Slayed | 11/30/2021 | 12/03/2021 | PA0002333380 |
| 23 | Info Hash: 4FA588BC9CF16DD2C520BE94841FAF62B2AA740B<br>File Hash: 3148895EA800AB552A29DC910C459B5C1F14B75DBC0014C7EED3E3ACF263D8DC | 06/14/2023 17:53:37 | Slayed | 04/19/2022 | 06/09/2022 | PA0002361531 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F45E48F1F5573F4CE4520C978E10E62075FCB80A<br>File Hash: 41B94F359A7A41202A9B6A7F17B996873469899C487D9EFEE3E6D2EA52F6FAB6 | 06/14/2023 17:53:35 | Slayed | 10/21/2021 | 11/01/2021 | PA0002326406 |
| 25 | Info Hash: F49D1091FFF0D2B0549C5753A621AD82CBBEDB88<br>File Hash: 1E214F8AF9C208D742B17618136CFF19FE65E2E815490BB7CD1FFB3BE32490AA | 06/14/2023 17:53:35 | Slayed | 04/05/2022 | 04/21/2022 | PA0002353031 |
| 26 | Info Hash: D8E1890E2027A4524A118A170D1D2FD70669ABA0<br>File Hash: 6775E52EBA076FEF257D7BD076379D5D93A3E0FC3F6AC30E0432871923662553 | 06/14/2023 17:53:33 | Slayed | 12/21/2021 | 01/07/2022 | PA0002337942 |
| 27 | Info Hash: 7ACC5DB3A47A9805F3B980A6D975232B78E94378<br>File Hash: 551AECE310780853B4105BF71A43624602EEC763D483328EF33EE239BCC42D03 | 06/10/2023 15:19:17 | Slayed | 08/19/2021 | 09/08/2021 | PA0002316102 |
| 28 | Info Hash: 110B48EBA438DB8BBA62E09F9363F3447E1A34DE<br>File Hash: 04DFA0C0EA5EB92965C6583831AF569777C0DF868471D9F3A9D940F462202A9F | 06/10/2023 15:19:16 | Slayed | 01/04/2022 | 02/03/2022 | PA0002341800 |
| 29 | Info Hash: BD14500F278A6D47FFE1B55A750DB8F611E6FE13<br>File Hash: DB63AFF294ADDA40CB2C5C6ED278BB11F7EFFF0378A9AD72A5C23FC78385EE8A | 06/10/2023 15:19:16 | Slayed | 07/05/2022 | 07/21/2022 | PA0002367492 |
| 30 | Info Hash: 6BF79DD2D59FC05F8BF1061CEB513C0DA2691DF4<br>File Hash: 35A31AD158F2516B578FDA361D9B3A92C4F01DD9F8F0E9683F843367D2E9BD0A | 06/10/2023 15:19:16 | Slayed | 12/14/2021 | 01/07/2022 | PA0002337928 |
| 31 | Info Hash: FDE1013E69860F8D765E1F3D90BB18894228AB1A<br>File Hash: 0D278F254737120B69ADC98D91FF8980AF4D9A4888FC5563F7C1ABE5CB5440FC | 06/10/2023 15:19:16 | Slayed | 08/26/2021 | 09/08/2021 | PA0002316103 |